IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| #1 JANE DOE, *et al.*, <br>         Plaintiffs, <br><br>         v. <br><br> ALEJANDRO MAYORKAS, *et al.*, <br>         Defendants. | Civil No. 5:21-cv-02430-JMG |

**ORDER**

**AND NOW**, on this 28th day of October, 2021, after careful consideration of Defendants' Motion to Dismiss (ECF No. 14), Plaintiffs' Response in Opposition (ECF No. 17), Defendants' Reply (ECF No. 18-1), and for the reasons provided in the accompanying Memorandum Opinion, it is hereby **ORDERED** that Defendants' Motion (ECF No. 14) is **GRANTED in part** as follows:

1. Count II is **DISMISSED** for lack of subject-matter jurisdiction.

2. Count I is **DISMISSED** for lack of subject-matter jurisdiction to the extent that it raises claims concerning the USCIS' duty to issue employment authorization.

3. The Motion is **DENIED** in all other respects as to Count I.

BY THE COURT:

*/s/ John M. Gallagher*
JOHN M. GALLAGHER
United States District Court Judge